# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

BROOKE ADAMS,                               CIVIL ACTION: 07-5182 (JAG)

       Plaintiff,

  v.                                              O R D E R

                                                            CLOSED

NOVARTIS AG, et al.

       Defendants,

    It appearing that the plaintiff wished to voluntarily dismiss the complaint,

        IT IS ON THIS   4th   DAY OF  DECEMBER, 2007,

    O R D E R E D that the complaint, be and is hereby dismissed, without prejudice and without costs.


                                                      <u>S/Joseph A. Greenaway, Jr.</u>
                                                      JOSEPH A. GREENAWAY, JR., U.S.D.J.